UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6340 CR-HURLEY**

18 U.S.C. §1542



MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA          )
                                  )
        Plaintiff,                )
                                  )
v.                                )
                                  )
SALOMON RAMIREZ ESCALANTE         )
a/k/a "Salomon Ramirez",          )
a/k/a "Alexis Manuel Medero-Melendez", )
a/k/a "Alexis Manuel Medero",     )
                                  )
        Defendant.                )
_____/

DEC 7 - 2000

### INDICTMENT

The Grand Jury charges that:

On or about December 30, 1999, at Broward County, in the Southern District of Florida, the defendant,

**SALOMON RAMIREZ ESCALANTE,**
a/k/a "Salomon Ramirez",
a/k/a "Alexis Manuel Medero-Melendez",
a/k/a "Alexis Manuel Medero",

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his true name was Alexis Manuel Medero and that he was a United States citizen, which



statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| SALOMON RAMIREZ ESCALANTE | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)     Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
_X_ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)   ___ No ___
   List language and/or dialect _____

4. This case will take   _2_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     _X_     Petty      ___
   II   6 to 10 days    ___     Minor      ___
   III  11 to 20 days   ___     Misdem.    ___
   IV   21 to 60 days   ___     Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)   ___ Yes ___
   If yes:
   Magistrate Case No.   _____ 00-4264-SNOW _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?
   ___ Yes _X_ No     If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?  ___ Yes _X_ No

SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
Attorney No. A5500005

*Penalty Sheet(s) attached                                        REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

Defendant's Name: ___SALOMON RAMIREZ ESCALANTE___   No.:_____

Count #: 1

Making a false statement in an application for a passport in violation of 18 USC § 1542.

*Max Penalty:   A term of imprisonment of not more than 10 years' or a fine up to $250,000, or both

Count #: 2

Max Penalty:

Count #: 3

*Max Penalty:

Count #: 4

*Max Penalty:

Count #: 5

*Max Penalty:

Count #: 6

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96