## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

SALOMON RAMIREZ ESCALANTE,
a/k/a "Salomon Ramirez,"
a/k/a "Alexis Manuel Medero-Melendez,"
a/k/a "Alexis Manuel Medero,"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6340 CR-HURLEY
MAGISTRATE JUDGE VITUNAC

**TO:   The United States Marshal
and any Authorized United States Officer**

DEC 7 - 2000

YOU ARE HEREBY COMMANDED to arrest <u>SAL~~OMON~~ RAMIREZ ECALALTE a/k/a "Salomon Ramirez," a/k/a "Alexis Manuel Medero-Melendez," a/k/a Alexis Manuel Medero"</u>

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him with (brief description of offense) willfully and knowingly making a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he was a United States citizen and that his name was Alexis Manuel Madero, which statements he knew to be false, in violation of Title 18, United States Code, Section 1542.

Clarence Maddox
Name of Issuing Officer

CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12-7-00    Ft Lauderdale, FL
Date and Location

Bail fixed at Pretrial Detention  Requested    by MAGISTRAGE JUDGE LURANA S. SNOW
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __SALOMON RAMIREZ__

ALIAS: __ALEXIS MANUEL MADERO-MELENDEZ__

LAST KNOWN RESIDENCE: __807 NW 24TH STREET, APT. 5, WILTON MANORS, FL.__

LAST KNOWN EMPLOYMENT: __PIZZA HUT, 2759 W. OAKLAND PARK BLVD. FT. LAUDERDALE, FL.__

PLACE OF BIRTH: __MANIZALES, COLOMBIA__

DATE OF BIRTH: __8/29/46__

SOCIAL SECURITY NUMBER: _____

HEIGHT: __5'6"__    WEIGHT: _____

SEX: __MALE__    RACE: __HISPANIC__

HAIR: __BLACK__    EYES: __BROWN__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS:   U.S. Dept. of State, Diplomatic Security Service, 51 SW 1st Ave., #404, Miami, Fl.