UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6340-CR-HURLEY

UNITED STATES OF AMERICA,
   Plaintiff,

v.

SALOMON RAMIREZ ESCALANTE,
   Defendant.
_____/

FILED by ___ D.C.

FEB - 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON FUGITIVE STATUS AND DIRECTING CLERK TO TRANSFER CASE TO SUSPENDED/FUGITIVE FILE

THIS CAUSE come before the court upon its own motion. After a review of the court file, and after having determined the above named defendant to be a fugitive from justice, it is

**ORDERED** and **ADJUDGED**:

1. The Clerk of Court is hereby directed to transfer the above-captioned case, as it pertains to the above named defendant, to the suspended/fugitive file until such time as he is apprehended.

2. The Clerk of Court is further directed to designated this case, as it pertains to the above named defendant, "closed".

DATED and SIGNED in Chambers at West Palm Beach, Florida this ___ day of February, 2001.

**copy furnished:**
AUSA Scott H. Behnke

Daniel T. K. Hurley
United States District Judge

