UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6340-CR-HURLEY

UNITED STATES OF AMERICA

vs

SOLOMON RAMIREZ ESCALANTE

ARRAIGNMENT INFORMATION SHEET

FILED by ___ D.C.
APR -6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 6, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY_____

                    _____

                    Telephone: _____

DEFENSE COUNSEL:    Name: _Federal Public Defender_____

                    Address: _____

                    _____

                    Telephone: _____

BOND SET/CONTINUED: $ __Temp PTD_____

Bond hearing held: yes_____ no _X_ Bond hearing set for __4-13-01__
                                                          WPB

Dated this __6TH__ day of __APRIL__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_____
Deputy Clerk

Tape No. __01- 018__

cc: Copy for Judge
    U. S. Attorney