REC'D by _____ D.C.
APR 09 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: SALOMON RAMIREZ ESCALANTE (J)   CASE NO: 00-6340-CR-HURLEY

AUSA: SCOTT BEHNKE / Washington   ATTY: Tim Day

AGENT: _____   VIOL: 18:1542

PROCEEDING: I/A ON INDICTMENT   RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: FPD

BOND SET @: _____   To be cosigned by: _____

FILED by ___ D.C.
APR 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges
sworn for apptm't
of cnsl.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 4-13 | 10 | Duty | WPB |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 5-7 | 10 | Johnson | |

DATE: 4/6/01   TIME: 11:00   FTL/LSS TAPE # 01 - 018   Begin: 2130   End: 2745

recall - 2663

8