REC'D by _____ D.C.

APR 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

APR 1 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
## Southern District of Florida

U.S. Marshal # 55703-004

UNITED STATES OF AMERICA )
              Plaintiff  ) Case Number: CR 00-6340-CR-Hurley
                         ) REPORT COMMENCING CRIMINAL
      -vs-               )             ACTION
                         )
Escalante, Salomon       )
              Defendant

****************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-5-01  1:30  am/(pm)

(2) Language Spoken: Spanish

(3) Offense(s) Charged: Passport Fraud

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 8-29-46

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S, Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ PTD neg.
Who set Bond: Snow

(7) Remarks: _____

(8) Date: 4/6/01    (9) Arresting Officer: Jorge Espinosa

(10) Agency: S. Dept.    (11) Phone: _____

(12) Comments: _____

RA
9