ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6340-CR-HURLEY/JOHNSON</u>

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALOMON RAMIREZ-ESCALANTE,

    Defendant.

_____/



## NOTICE OF ASSIGNMENT

    The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

    Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

    Robin C. Rosen-Evans
     Assistant
    Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 438820
    400 Australian Ave., Suite 300
    West Palm Beach, Florida 33401
    Telephone: (561) 833-6288
    Fax:(561) 833-0368

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was mailed this ___ day of

April, 2001, to Assistant United States Attorney Scott H. Behnke, 500 E. Broward Boulevard, 7th

Floor, Fort Lauderdale, FL  33394.

Robin C. Rosen-Evans