UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6340-Cr-HURLEY/VITUNAC

UNITED STATES OF AMERICA )
)
        Plaintiff, )
)
v. )
)
)
)
SALOMON RAMIREZ-ESCALANTE )
a/k/a "Salomon Ramirez," )
a/k/a "Alexis Manuel Medero-Melendez," )
a/k/a "Alexis Manuel Medero," )
)
        Defendant. )
_____/

## AGREED MOTION TO CONTINUE PRETRIAL DETENTION HEARING

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and files this its agreed motion to continue the pretrial detention hearing currently set for April 12, 2001 for the following reasons:

    1.    On April 6, 2001, the defendant was brought before Magistrate Judge Lurana S. Snow for an initial appearance on the underlying charges in the instant case.

    2.    At the initial appearance, the government moved for a pretrial detention hearing pursuant to 18 U.S.C. §3142 and at the request defense counsel was set for April 13, 2001 in West Palm Beach.

    3.    April 13, 2001 is Good Friday, and the undersigned intends to take leave for religious observance.



4. On April 10, 2001, the undersigned contacted Assistant Federal Public Defender, Robin Rosen-Evan who agreed to reschedule the detention hearing for a mutually satisfactory date of Wednesday, April 18, 2001.

WHEREFORE, the undersigned respectfully requests that the Court reset the pretrial detention hearing for April 18, 2001.

> Respectfully submitted,
>
> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> By: _____
> SCOTT H. BEHNKE
> Assistant United States Attorney
> Attorney No. 5500005
> 500 E. Broward Blvd. Suite 700
> Ft. Lauderdale, Fl. 33394.
> Tel: (954) 356-7255 ext. 3518
> Fax: (954) 356-7228

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 11th day of April, 2001 to **Robin Rosen-Evan, AFPD.** at 400 Australian Avenue North, Suite 300, West Palm Beach Florida 33401 and faxed to (561) 833-0368 on April 10, 2001.

> _____
> SCOTT H. BEHNKE
> Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6340-Cr-HURLEY/VITUNAC</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| SALOMON RAMIREZ-ESCALANTE | ) |
| a/k/a "Salomon Ramirez," | ) |
| a/k/a "Alexis Manuel Medero-Melendez," | ) |
| a/k/a "Alexis Manuel Medero," | ) |
| | ) |
| Defendant. | ) |
| _____/ | |

**ORDER GRANTING**
**AGREED MOTION TO CONTINUE PRETRIAL DETENTION HEARING**

THIS CAUSE having been heard upon the Government's agreed motion to continue pretrial detention hearing.

THE COURT having considered the motion and having been otherwise fully advised,

IT IS HEREBY ORDERED AND ADJUDGED that the motion is GRANTED and that the pretrial detention hearing in this cause is continued to April _____, 2001, at _____ A.M./ P.M.

Done and Ordered in West Palm Beach, Florida, this the ____ day of April, 2001.

_____
CHIEF MAGISTRATE JUDGE LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc:   Scott H. Behnke, AUSA
      Robin Rosen-Evan, AFPD