ps

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6340-CR-HURLEY/JOHNSON</u>

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALOMON RAMIREZ-ESCALANTE,

    Defendant.

_____/



### DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the United States Attorney ensure that this invocation of



rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
        Robin C. Rosen-Evans
         Assistant
        Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 438820
        400 Australian Ave., Suite 300
        West Palm Beach, Florida 33401
        Telephone: (561) 833-6288
        Fax:(561) 833-0368

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 11th day of April, 2001, to Assistant United States Attorney Scott H. Behnke, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394.

_____
Robin C. Rosen-Evans