UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6340-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SALOMON RAMIREZ-ESCALANTE,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon the Government's Agreed Motion to Continue Pretrial Detention Hearing, filed April 11, 2001. The Court being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. The Pretrial Detention hearing as to the above named defendant is hereby reset to Wednesday, April 18, 2001 at 9:30 A.M., before the Honorable Ann E. Vitunac, U. S. Magistrate Judge.

DONE AND ORDERED at West Palm Beach, Florida, this 12th day of April, 2001.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
Honorable Ann E. Vitunac
Scott Behnke, AUSA
Robin Rosen-Evans, AFPD
U. S. Pretrial Services

