AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Scott H. Behnke/ S/A Jorge Espinoza U.S. State Department (Mia)

523 050

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

SALOMON RAMIREZ,
a/k/a "Alexis Manuel Medero-Melendez,"

**WARRANT FOR ARREST**

REC'D by _____ D.C.
APR 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

CASE NUMBER: 00-7264-Snow

00-6340-CK
Hurley

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>SALOMON RAMIREZ a/k/a "Alexis Manuel Medero-Melendez"</u>

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [x] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him with (brief description of offense) willfully and knowingly making a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he was a United States citizen and that his name was Alexis Manuel Madero, which statements he knew to be false, in violation of Title 18, United States Code, Section 1542.

302

Clarence Maddox
Name of Issuing Officer

Lurana S. Snow
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

11-16-00 Ft Lauderdale, FL
Date and Location

Bail fixed at Pretrial Detention Requested   by   MAGISTRATE JUDGE LURANA S. SNOW
Name of Judicial Officer



| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ Ft. Lauderdale, Fl | | |
| DATE RECEIVED<br>11/16/00<br><br>DATE OF ARREST<br>4/5/01 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Floirda | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: SALOMON RAMIREZ

ALIAS: ALEXIS MANUEL MADERO-MELENDEZ

LAST KNOWN RESIDENCE: 807 NW 24TH STREET, APT. 5, WILTON MANORS, FL.

LAST KNOWN EMPLOYMENT: PIZZA HUT, 2759 W. OAKLAND PARK BLVD. FT. LAUDERDALE, FL.

PLACE OF BIRTH: MANIZALES, COLOMBIA

DATE OF BIRTH: 8/29/46

SOCIAL SECURITY NUMBER: _____

HEIGHT: 5'6"    WEIGHT: _____

SEX: MALE    RACE: HISPANIC

HAIR: BLACK    EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS:  U.S. Dept. of State, Diplomatic Security Service, 51 SW 1st Ave., #404, Miami, Fl.