AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Scott H. Behnke/ S/A Jorge Espinoza U.S. State Department (Mia)

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

SALOMON RAMIREZ ESCALANTE,
a/k/a "Salomon Ramirez,"
a/k/a "Alexis Manuel Medero-Melendez,"
a/k/a "Alexis Manuel Medero,"

**WARRANT FOR ARREST**

**00-6340 CR-HURLEY**
CASE NUMBER: MAGISTRATE JUDGE
VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SALOMON RAMIREZ ECALALTE a/k/a "Salomon Ramirez," a/k/a "Alexis Manuel Medero-Melendez," a/k/a Alexis Manuel Medero"

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) willfully and knowingly making a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he was a United States citizen and that his name was Alexis Manuel Madero, which statements he knew to be false, in violation of Title 18, United States Code, Section 1542.

Clarence Maddox
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at Pretrial Detention Requested

CLERK OF THE COURT
Title of Issuing Officer

12-7-00  Ft Lauderdale, FL
Date and Location

by MAGISTRAGE JUDGE LURANA S. SNOW
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/7/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>4/5/01 | | Edward Purhcase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest