# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/18/2001   TIME: 9:30 AM

#55703-004 ✓

DEFT. SALOMON RAMIREZ ESCALANTE (J)   CASE NO. 00-6340-CR-HURLEY/VITUNAC
(Spanish Interp. Ord'd-4/16/01) ✓

AUSA. SCOTT BEHNKE ✓   ATTY. Robin Rosen-Evans ✓ / FEDERAL PUBLIC DEFENDER

AGENT. DEPT. OF STATE   VIOL. 18:1542

PROCEEDING DETENTION HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Detention held

Deft present with counsel

Govt. Proffers Evidence

Witness: Agent Espinosa — INS — sworn/test

Defense present arguments

Deft remains detained

Written Order to follow.

DATE: 4-18-01   TAPE: AEV 01-28-305