UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6340-Cr-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SALOMON RAMIREZ-ESCALANTE,

    Defendant.
_____/



FILED by ___ D.C.
APR 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON DEFENDANT'S UNOPPOSED REQUEST FOR A PRE-PLEA PSI

THIS MATTER having come before the Court on Defendant's Unopposed Request for a pre-plea psi, and the Court having considered those facts as stated in the motion:

Defendant's request is hereby GRANTED/DENIED. United States Probation shall prepare a pre-plea psi in the instant case. Such report to be served on the parties no later than forty-five (45) days from today's date.

Done in Chambers, this ___ day of April, 2001, in West Palm Beach, Florida.

_____
DANIEL T. K. HURLEY
UNITED STATES DISTRICT COURT JUDGE

cc:    United States Probation, WPB
        Scott Behnke, AUSA
        Robin C. Rosen-Evans, AFPD