ps             UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

               CASE NO. <u>00-6340-CR-HURLEY/VITUNAC</u>

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

SALOMON RAMIREZ-ESCALANTE,

   Defendant.

_____/



### DEFENDANT'S NOTICE OF PLEA AND SENTENCING DATE

Defendant, SALOMON RAMIREZ-ESCALANTE, through undersigned counsel, notices the government that a change of plea and sentencing date have been set in the instant case for Friday, July 6, 2001 at 10:30 a.m..

                                    KATHLEEN M. WILLIAMS
                                    FEDERAL PUBLIC DEFENDER

                                    By: _____
                                        Robin C. Rosen-Evans
                                          Assistant
                                        Federal Public Defender
                                        Attorney for Defendant
                                        Florida Bar No. 438820
                                        400 Australian Ave., Suite 300
                                        West Palm Beach, Florida 33401
                                        Telephone: (561) 833-6288
                                        Fax:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 1st day of May, 2001, to Assistant United States Attorney Scott H. Behnke, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394; and United States Probation Officer Trish Borah, U.S. Probation Office, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

*Robin C. Rosen-Evans*
_____
Robin C. Rosen-Evans