# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 5/7/01    TIME: 9:30 AM

DEFT. SALOMON RAMIREZ ESCALANTE (J)    CASE NO 00-6340-CR-HURLEY/AEV
*John McMillan*
AUSA. SCOTT BEHNKE    ATTY. ~~Tim Day, Esq.~~ Federal Public Defender. Robin Rosen-Evans, AFPD

AGENT. DEPT OF STATE    VIOL. FALSE STATEMENT 18:1542

PROCEEDING STATUS RE: DISCOVERY    BOND. PTD

FUTURE DATES  Set for plea + sentencing 7/6/01

DISPOSITION  Estimated trial time 2-3 days.

DATE: 5/7/01    TAPE: LRJ-01- 28-2338.

24