TO: THE HONORABLE DANIEL T. K. HURLEY
    UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. <u>SALOMON RAMIREZ ESCALANTE</u>

                            CASE NO. <u>00-6340-CR-HURLEY/AEV</u>

THIS CAUSE came on for Pre-Trial Status Conference on <u>May 7, 2001</u>.

The parties report as follows

____✓ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

               _____

               _____

               _____

_____ The following motions are pending and appropriate for resolution by
the District Court at time of trial:

               _____

               _____

               _____

____✓ There are no discovery problems.

____✓ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take 2 - 3 days to complete.

_____ Other comments:

                    Respectfully submitted,

                    LINNEA R. JOHNSON
                    CHIEF U. S. MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant