ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6340-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALOMON RAMIREZ-ESCALANTE,

    Defendant.
_____/

## DEFENDANT'S OBJECTION TO PRE-PLEA PSI

Defendant, SALOMON RAMIREZ-ESCALANTE, through undersigned counsel, files the following factual objection to the PSI prepared in his case.

At page 3, paragraph 4, under the subheading **The Offense Conduct**, the PSI indicates that Defendant "never showed up for the appointment for the asylum application." While this statement is factually correct, Defendant would like the Court to know the circumstances surrounding his non-appearance. Defendant had paid an individual money to prepare and assist him in his asylum application. The individual absconded with Defendant's money, and never informed Defendant of any pending appointment for his asylum claim.

This objection does not change Defendant's guideline calculations.

                        KATHLEEN M. WILLIAMS
                        FEDERAL PUBLIC DEFENDER

                        By: _____
                        Robin C. Rosen-Evans
                          Assistant
                        Federal Public Defender
                        Attorney for Defendant
                        Florida Bar No. 438820
                        400 Australian Ave., Suite 300
                        West Palm Beach, Florida 33401
                        Telephone: (561) 833-6288/Fax: (561) 833-0358

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 5th day of June, 2001, to Assistant United States Attorney Scott H. Behnke, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394; and United States Probation Officer Trish Borah, U.S. Probation Office, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

*Robin C. Rosen-Evans*

Robin C. Rosen-Evans