CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DANIEL T. K. HURLEY

FILED by _____ D.C.
JUL 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

==========================================

Case No. **00-6340-CR**    Date **July 6, 2001**

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: **Spanish**    Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. **Salmons Ramirez-Escalante**

AUSA: **Richard O. I. Brown**    DEFENSE COUNSEL: **AFPD Robin C. Rosen-Evans**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to Count One of the One-Count indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **A pre-plea PSI had been prepared and the court sentenced the defendant.**